# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rogerio Pereira Dos Santos, )<br><br>Petitioner, )<br><br>v. )<br><br>Antone Moniz, et al, )<br><br>Respondent (s). ) | Civil Action No. 26-CV-11403-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 4/9/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 5/8/2026                                                                    By the Court,

                                                                                             /s/ Courtney Horvath
                                                                                             Deputy Clerk